UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | SETTLEMENT DATE: April 4, 2023 |
| | : | |
| Darlene Campbell aka Darlene Campbell Simmons, | : | SETTLEMENT TIME: 10:00 a.m. |
| | : | |
| Debtor. | : | CASE NO.: 22-42984-nhl |
| | : | |
| | : | CHAPTER: 11 |
| | : | |
| | : | HON. JUDGE: Nancy Hershey Lord |

------------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

**UPON** consideration of the Motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust (together with any successor and/or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362(d)(4) and 11 U.S.C. §§ 362(d)(1)-(2) vacating the automatic stay imposed in the above-captioned case by 11 U.S.C. § 362(a) as to the Movant's interests in the property known as and located at 33 Hawthorne Street, Brooklyn, NY 11225 (the "Property"); and Debtor's Counsel, Solomon Rosegarten, Esq. having filed an objection to the Application on February 7, 2023 [ECF No. 30] (the "Objection"); and this Court, having considered the evidence presented and the arguments of the parties; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on February 14, 2023, at which appeared Solomon Rosegarten, Esq. (Counsel to Debtor), Katherine Heidbrink, Esq. (Counsel to the Movant), and no appearance having been made by the Debtor; and the Court having overruled the Objection; and due deliberation having been made thereon; and upon the record made before the Court; it is hereby

**ORDERED** that the Motion is granted in part as provided herein; and it is further

**ORDERED** that the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is also hereby vacated for cause pursuant to 11 U.S.C. §§ 362(d)(1)-(2) to permit Movant to exercise all rights available to it under applicable law with respect to the Property; and it is further

**ORDERED,** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.



Dated: April 23, 2023
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge